UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREANNA DE ENCIO,<br><br>                    Plaintiff,<br><br>v.<br><br>VP RACING FUELS, INC., et al.,<br><br>                    Defendants. | Case No.:  26-cv-1083-DMS-JAC<br><br>**ORDER GRANTING PARTIES' MOTIONS TO APPEAR REMOTELY AT ENE/CMC**<br><br>ECF Nos. 14, 15 |

On May 22, 2026, the parties filed motions to permit Defendant's insurance adjuster and Plaintiff's counsel to appear remotely at the Early Neutral Evaluation Conference on May 28, 2026 (ECF Nos. 14, 15). As to Defendant's request, Defendant states that "Defendant's representative who will be attending in person will have the full authority to bind Defendant to any settlement," and that Defendant's insurance adjuster lives and works in Connecticut. ECF No. 14 at 2–3. As to Plaintiff's request, Plaintiff's counsel Saman J. Nasseri will appear in person, but co-counsel John L. Pittman III "will be in Texas for other in-person matters" and requests permission to appear remotely. ECF No. 15 at 1–2. For good cause shown, the Court **GRANTS** the parties' motions.

26-cv-1083-DMS-JAC

Defendant's insurance adjuster and Plaintiff's counsel Mr. Pittman may attend the May 28, 2026, conference remotely. Counsel is responsible for facilitating the remote appearance for their remote participants. Counsel should not plan to rely on court Wi-Fi. All participants, regardless of whether they appear in person or remotely, must display the same level of professionalism during the ENE and be prepared to devote their full attention to the ENE. For those participants attending the conference in person, the ENE will be held at the Edward J. Schwartz Federal Courthouse located at 221 West Broadway, San Diego, California, 92101. Upon arrival to the 5th floor, parties should contact Judge Cabral's chambers at 619-557-5874 to obtain check-in instructions.

**IT IS SO ORDERED**.

Dated:  May 27, 2026

_____

Hon. Janet A. Cabral
United States Magistrate Judge

26-cv-1083-DMS-JAC